UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAMBURG SÜD NORTH AMERICA, INC., AS AGENT FOR HAMBURG SÜDAMERIKANISCHE DAMPFSCHIFFFAHRTS-GESELLSCHAFT A/S & CO KG.<br><br>**Plaintiff,**<br><br>v.<br><br>KAREMBRI DISTRIBUTOR LLC; ENRIQUE MANUEL PADILLA SR. a/k/a ENRIQUE MANUEL PADILLA CRUZ; et al., j/s/a<br><br>**Defendants.** | Civ. No. 2:19-CV-19370 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on plaintiff Hamburg SÜD North America, Inc.'s ("Plaintiff") motion for default judgment. For the reasons set forth in the accompanying Opinion, and for good cause shown; **IT IS** on this 16th day of March 2023,

**ORDERED** that Plaintiff's motion for default judgment is **GRANTED** as to liability and **GRANTED IN PART** as to damages; and it is further

**ORDERED** that Plaintiff's request for damages in the amount of $850,725.78 against Defendants is **GRANTED**; and it is further

**ORDERED** that Plaintiff's request for attorneys' fees in the amount of $255,217.73 is **DENIED**; and it is further

**ORDERED** that should Mr. Press wish to submit an accurate fee petition that takes into account relevant New Jersey Law, that petition must be filed no later than March 24, 2023

WILLIAM J. MARTINI, U.S.D.J.